IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03433-RPM

MARISSA DIPAOLA,

    Plaintiff,

v.

HOLOGIC, INC.,

    Defendant.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice [37] filed November 19, 2014, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

DATED:    November 20th, 2014

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge